AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DENNIS R. SPRAYBERRY

                                  JUDGMENT IN A CIVIL CASE

                  v.

OZZIE KNEZOVICH

                                CASE NUMBER: CV-08-359-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the court ADOPTS the Report and Recommendation. The action is DISMISSED WITHOUT PREJUDICE. Plaintiff had not complied with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915, or kept the court apprised of his present address.

| | |
|---|---|
| January 29, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |